No. 585. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. *v.* SEABOARD COAST LINE RAILROAD CO. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Neal P. Rutledge* for petitioners. *Prime F. Osborn, John W. Weldon,* and *Edward A. Charron* for Seaboard Coast Line Railroad Co., and *Allan Milledge* and *Richard L. Horn* for Brotherhood of Locomotive Engineers, respondents. 

No. 598. FOUNDING CHURCH OF SCIENTOLOGY OF WASHINGTON, D. C., ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Morris J. Levin* and *Robert F. Sagle* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States. 

No. 616. HATCHETT *v.* WILLIAMS. Ct. Civ. App. Tex., 1st Sup. Jud. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William Key Wilde* for respondent. 

No. 749. MOTTO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Herald Price Fahringer* and *Eugene Gressman* for petitioner. *Solicitor General Griswold* for the United States. 

No. 232, Misc. PIPINOS, AKA PICHE *v.* PEEK ET AL. Sup. Ct. Wash. Certiorari denied. *Slade Gorton,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondents.